UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS SUDZ,

       Petitioner,

                                    Case No. 4:25-cv-10195

v.                                   Hon. F. Kay Behm

ADAM DOUGLAS,

       Respondent.

_____/

## ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE 4(a)(5) [ECF No. 10]

On January 7, 2026, the Court denied Petitioner's habeas application. On February 2, 2026, Petitioner timely moved to extend time to file a notice of appeal. Petitioner states that he is attempting to obtain funds to enable him to retain his current counsel to represent him on appeal. (ECF No. 10).

Under Federal Rule of Appellate Procedure 4(a)(1), a notice of appeal must be filed within 30 days of the entry of the judgment. A party asserting excusable neglect or good cause may seek to extend the time limit if they file a motion for extension of time within 30 days of the time for filing a notice of appeal. *See* Rule 4(a)(5); *Zack v. United States*, 133 F.3d 451, 453 (6th Cir. 1998). For the reasons stated in the motion, the Court finds that Petitioner has demonstrated good cause for extending the time limit. Petitioner shall have until March 9, 2026 to timely file his notice of appeal. *See* FRAP 4(a)(5)(C).

      **SO ORDERED**.

Dated: February 5, 2026                          s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Court

1